# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY DEE, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-1293 |
| v | : | |
| | | (JUDGE MANNION) |
| R.A. HEISNER, WARDEN, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED** for Petitioner's failure to exhaust administrative remedies.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 18, 2019**
19-1293-01-ORDER